UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANDREW RODRIGUEZ, in his individual
capacity and on behalf of others similarly situated,

                       Plaintiff,

- against -

NATIONAL GOLF LINKS OF AMERICA and
WILLIAM MULLER,

                       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 19-cv-07052 (PKC) (RML)

**OFFER OF JUDGMENT**

      Pursuant to Rule 68 of the Federal Rules of Civil Procedure, National Golf Links of America and William Muller (together the "Defendants") hereby offer to allow judgment to be taken against them by Andrew Rodriguez ("Plaintiff"), in the amount of Five Thousand Dollars ($5,000), together with costs accrued to date.

      This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendants are liable to Plaintiff or that Plaintiff has suffered any damages.

Date:  Uniondale, New York
        May 14, 2021

*[Signature]*
Accepted.

Respectfully submitted,

FARRELL FRITZ, P.C.

By:  */s Domenique Camacho Moran*
     Domenique Camacho Moran
     *Attorneys for Defendants*
     400 RXR Plaza
     Uniondale, NY 11556
     Telephone: (516) 227-0626
     Facsimile: (516) 227-0777