UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

ANDREW RODRIGUEZ, in his individual capacity and on behalf of others similarly situated,

                Plaintiff,

- against -

NATIONAL GOLF LINKS OF AMERICA and WILLIAM MULLER,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

Case No.: 19-cv-07052 (PKC) (RML)

**OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, National Golf Links of America and William Muller (together the "Defendants") hereby offer to allow judgment to be taken against them by Christopher Asaro ("Opt-In Plaintiff"), in the amount of Five Thousand Dollars ($5,000), together with costs accrued to date.

This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendants are liable to Opt-In Plaintiff or that Opt-In Plaintiff has suffered any damages.

Date:  Uniondale, New York
        May 14, 2021

                                            Respectfully submitted,

                                            FARRELL FRITZ, P.C.

By:   */s Domenique Camacho Moran*
       Domenique Camacho Moran
       *Attorneys for Defendants*
       400 RXR Plaza
       Uniondale, NY  11556
       Telephone:  (516) 227-0626
       Facsimile:  (516) 227-0777

Chris. Asaro i agree to the terms    and

    WACHTELL, LIPTON, ROSEN & KATZ
    Marc Wolinsky
    *Attorneys for Defendants*
    51 West 52nd Street
    New York, NY  10019
    Telephone:  (212) 403-1000
    Facsimile:  (212) 403-2000

TO:    ZABELL & COLLOTTA, P.C.
    Saul D. Zabell
    *Attorneys for Opt-In Plaintiff*
    One Corporate Drive
    Suite 103
    Bohemia, NY 11716
    Telephone: (631) 589-7242
    Fax: (631) 563-7475

FF\11388822.2