UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------- x
ANDREW RODRIGUEZ, in his individual
capacity and on behalf of others similarly situated,

                               Case No.: 19-cv-07052 (PKC) (RML)

                    Plaintiff,

    - against -

                              **OFFER OF JUDGMENT**

NATIONAL GOLF LINKS OF AMERICA and
WILLIAM MULLER,

                    Defendants.
---------------------------------------- x

       Pursuant to Rule 68 of the Federal Rules of Civil Procedure, National Golf Links of America and William Muller (together the "Defendants") hereby offer to allow judgment to be taken against them by Nicholas Rodado ("Opt-In Plaintiff"), in the amount of Two Thousand Five Hundred Dollars ($2,500), together with costs accrued to date.

       This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Defendants are liable to Opt-In Plaintiff or that Opt-In Plaintiff has suffered any damages.

Date:  Uniondale, New York
        May 14, 2021

                                                Respectfully submitted,

                                                FARRELL FRITZ, P.C.

                                        By:    */s Domenique Camacho Moran*
                                                Domenique Camacho Moran
                                                *Attorneys for Defendants*
                                                400 RXR Plaza
                                                Uniondale, NY  11556
                                                Telephone:  (516) 227-0626
                                                Facsimile:  (516) 227-0777

and

WACHTELL, LIPTON, ROSEN & KATZ
Marc Wolinsky
*Attorneys for Defendants*
51 West 52nd Street
New York, NY 10019
Telephone: (212) 403-1000
Facsimile: (212) 403-2000

TO:  ZABELL & COLLOTTA, P.C.
Saul D. Zabell
*Attorneys for Opt-In Plaintiff*
One Corporate Drive
Suite 103
Bohemia, NY 11716
Telephone: (631) 589-7242
Fax: (631) 563-7475

x _[signature]_

I accept this offer.

FF\11388831.1