UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
ANDREW RODRIGUEZ, in his individual capacity and on behalf of others similarly situated,

                      Plaintiff,

- against -

NATIONAL GOLF LINKS OF AMERICA and WILLIAM MULLER,

                      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No.: 19-cv-07052 (PKC) (RML)

**STIPULATION OF DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties in the above captioned action, through their undersigned counsel, that

In accordance with Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Andrew Rodriguez and Opt-In Plaintiffs Christopher Asaro and Nicholas Rodado have accepted Defendants' Offers of Judgment; and

In accordance with Rule 41 of the Federal Rules of Civil Procedure, the action is dismissed with prejudice and without costs or attorney's fees to any party, except as agreed upon by the parties.

Date:   May 27, 2021

| ZABELL & COLLOTTA, P.C. | FARRELL FRITZ, P.C. |
|---|---|
| By: _____ | By: /s Domenique Camacho Moran |
| Saul D. Zabell, Esq. | Domenique Camacho Moran, Esq. |
| *Attorneys for Defendant* | *Attorneys for Defendants* |
| One Corporate Drive, Suite 103 | 400 RXR Plaza |
| Bohemia, New York 11716 | Uniondale, New York 11556 |
| Tel.: (631) 589-7242 | Tel.: (516) 227-0626 |

WACHTELL, LIPTON, ROSEN & KATZ

Marc Wolinsky, Esq.

*Attorneys for Defendants*

51 West 52nd Street

New York, New York 10019

Tel.: (212) 403-1226

Dated:                                              SO ORDERED:


_____

Pamela K. Chen
United States District Judge

2

FF\11573896.1