```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDREW RODRIGUEZ, in his individual
capacity and on behalf of others similarly situated,
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 09 2021 ★

BROOKLYN OFFICE

JUDGMENT

19-cv-07052 (RML)

Plaintiff,

v.

NATIONAL GOLF LINKS OF AMERICA and
WILLIAM MULLER,

Defendants.
------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 1, 2021; and Defendants National Golf Links of America and William Muller having offered to allow judgment in this action to be taken against them and in favor of plaintiff Christopher Asaro in the amount of Five Thousand Dollars ($5,000), together with costs accrued to date; it is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Christopher Asaro and against Defendants National Golf Links of America and William Muller in the amount of Five Thousand Dollars ($5,000), together with costs accrued to date.

Dated: Brooklyn, New York  
June 9, 2021

Douglas C. Palmer  
Clerk of Court

By:   /s/Jalitza Poveda  
Deputy Clerk