**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JUN 09 2021 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDREW RODRIGUEZ, in his individual
capacity and on behalf of others similarly situated,

                          JUDGMENT

                Plaintiff,                    19-cv-07052 (RML)

    v.

NATIONAL GOLF LINKS OF AMERICA and
WILLIAM MULLER,

                Defendants.
-------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 1, 2021; and Defendants National Golf Links of America and William Muller having offered to allow judgment in this action to be taken against them and in favor of plaintiff Andrew Rodriguez in the amount of Five Thousand Dollars ($5,000), together with costs accrued to date; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Andrew Rodriguez and against Defendants National Golf Links of America and William Muller in the amount of Five Thousand Dollars ($5,000), together with costs accrued to date.

Dated: Brooklyn, New York
       June 9, 2021

                                                    Douglas C. Palmer
                                                    Clerk of Court

                                       By:    */s/Jalitza Poveda*
                                                        Deputy Clerk