**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 09 2021 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ANDREW RODRIGUEZ, in his individual
capacity and on behalf of others similarly situated,

JUDGMENT

Plaintiff,                                    19-cv-07052 (RML)

v.

NATIONAL GOLF LINKS OF AMERICA and
WILLIAM MULLER,

Defendants.

-----------------------------------------------------------------X

A notice of acceptance of a Rule 68 Offer of Judgment having been filed on June 1, 2021;

and Defendants National Golf Links of America and William Muller having offered to allow

judgment in this action to be taken against them and in favor of plaintiff Nicholas Rodado in the

amount of Two Thousand Five Hundred Dollars ($2,500), together with costs accrued to date; it

is

ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Nicholas

Rodado and against Defendants National Golf Links of America and William Muller in the

amount of Two Thousand Five Hundred Dollars ($2,500), together with costs accrued to date.

Dated: Brooklyn, New York
       June 9, 2021

Douglas C. Palmer
Clerk of Court

By:    */s/Jalitza Poveda*
       Deputy Clerk